JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER, | Case No. CV 19-8532-GW-SSx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| SAMUEL TAFTIAN, et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: February 18, 2020

_____ *George H. Wu* _____

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE